# Court of Appeals
# of the State of Georgia

ATLANTA,___March 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1023.  ROBERT HARROW v. MATTHEW MOUSSEAU.**

Matthew Mousseau filed a petition to adopt a minor child and terminate the parental rights of the child's legal father, Robert Harrow.  The superior court entered an order terminating Harrow's parental rights, but deferring ruling on the adoption petition.  Harrow appeals directly from that order, but we lack jurisdiction.

Orders that both terminate parental rights and grant adoptions may be appealed directly, as long as the appellant raises arguments on appeal challenging the adoption. *Sauls v. Atchison*, 326 Ga. App. 301, 304 (1) (756 SE2d 577) (2014).  The order on appeal here, however, only terminates Harrow's parental rights; it contains no ruling on the adoption petition.  Accordingly, this appeal is governed by OCGA § 5-6-35 (a) (12), which provides that an application for discretionary appeal is required in "[a]ppeals from orders terminating parental rights."  Harrow's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.  See *Fabe v. Floyd*, 199 Ga. App. 322, 332 ("compliance with the discretionary appeal procedure is jurisdictional").  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/02/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*